In the Matter of the Application of ADOLPHE H. BENOIT, Respondent, to Have a Certain Judgment Canceled and Discharged of Record.

DARSA J. DENSMORE et al., Appellants.

*Matter of Benoit*, 124 App. Div. 142, affirmed.
(Submitted January 7, 1909; decided January 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1908, which reversed an order of Special Term denying a motion by a discharged bankrupt for the cancellation of a certain judgment and granted such motion.

*Claude Gignoux* and *William J. Reid* for appellants.

*Edward Herrmann* for respondent.

Order affirmed, without costs ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ.    Absent : WILLARD BARTLETT, J.